UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEONARD ANDERSON,

    Plaintiff,

  v.

JOSEPH LEHMAN,

    Defendant.

Case No. C05-5009RBL

REPORT AND RECOMMENDATION

**NOTED FOR:
AUGUST 19th, 2005**

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff was denied leave to proceed *in forma pauperis* and paid the filing fee. (Dkt. # 7). The court ordered plaintiff to provide an amended complaint as plaintiff had failed to fill in the blanks on the form complaint provided to him by other residents. (Dkt. # 8 (complaint), and Dkt. # 9 (order to amend)). Plaintiff failed to comply with the court's order and a Report and Recommendation to dismiss the action was entered. (Dkt. # 10).

ORDER

1	Plaintiff then filed a motion to recuse that violated Rule 11.  The motion was denied and
2	sanctions were imposed.  (Dkt. # 17).   The sanctions order gave plaintiff 30 days to pay a $500 fine
3	and warned plaintiff "If the sanction is not payed to the clerk of court within 30 days the court will
4	recommend that this action be dismissed both for failure to comply with the court's
5	orders and as a sanction." (Dkt. # 17).  It has been over thirty days and the sanction has not been
6	paid.
7	The undersigned therefore recommends dismissal of this action with prejudice for failure to
8	comply with a court order and as a sanction for plaintiff's conduct.  A proposed order accompanies
9	this Report and Recommendation.
10	Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal rules of Civil Procedure, the
11	parties shall have ten (10) days from service of this Report to file written objections.  *See also* Fed.
12	R. Civ. P. 6.  Failure to file objections will result in a waiver of those objections for purposes of
13	appeal.  <u>Thomas v Arn</u>, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule 72(b),
14	the clerk is directed to set the matter for consideration on **August 19th,  2005**, as noted in the
15	caption.

DATED this 26th day of July, 2005.

<u>/S/ J. Kelley Arnold</u>
J. Kelley Arnold
United States Magistrate Judge

ORDER