UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEONARD ANDERSON,

    Plaintiff,

v.

JOSEPH LEHMAN,

    Defendant.

Case No. C05-5009RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed plaintiffs' complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is **DISMISSED WITH PREJUDICE** prior to service for failure to comply with the court order and as a sanction for plaintiff's conduct.

(3) Clerk is directed to send copies of this Order to plaintiff and to the Honorable J. Kelley Arnold.

DATED this 22nd day of August, 2005.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1